# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANTO REMEDIO, LLC dba DR. JUAN'S SANTO REMEDIO**, a Florida limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**ONESHOT IP HOLDINGS, INC.**, a Nevada corporation;<br>**LIMITLESS PERFORMANCE INC.**, a California corporation;<br>**EMBLAZE ONE INC.**, a Nevada corporation;<br>**JASPREET MATHUR**, an individual; and<br>**JOHN DOES 1–50**,<br><br>Defendants. | Case No. 2:21-cv-03766-AB-PD<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED DISCOVERY AND RELATED ORDERS**<br><br>Date:   In Chambers<br>Time:  In Chambers<br>Ctrm.:  7B<br>Before: The Hon. André Birotte Jr. |

Before the Court is Plaintiff Santo Remedio, LLC dba Dr. Juan's Santo Remedio ("Plaintiff")'s Ex Parte Motion for Expedited Discovery.

Having considered the moving papers, and good cause appearing, it is hereby:

ORDERED that Plaintiff's Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that Plaintiff may serve subpoenas on Facebook, Inc.; Google LLC; Cloudflare, Inc.; NameCheap,

Inc.; GoDaddy.com, LLC; and Benzinga.com requesting information to identify Doe Defendants as well as requests to obtain identifying information related to any accounts identified in response to the subpoenas.

IT IS FURTHER ORDERED that this order constitutes an order under 47 U.S.C. §551(c), authorizing a cable operator that receives a subpoena from Plaintiff to disclose personally identifiable information about its subscribers.

IT IS SO ORDERED this 14th day of May, 2021.

_____
The Hon. André Birotte Jr.
United States District Judge