1 | Rob D. Cucher (Bar No. 219726)
2 | cucherlaw@msn.com
  | 9454 Wilshire Blvd., Suite 600
3 | Beverly Hills, CA 90212
4 | Telephone: (310) 795-5356
  | Facsimile:  (310) 837-1996
5 |
6 | Attorney for OneShot IP Holdings, Inc.;
  | Limitless Performance Inc.;
7 | Emblaze One Inc.; and Jaspreet Mathur

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Santo Remedio, LLC dba Dr. Juan's Santo Remedio, a Florida LLC, | CASE NO. 2:21-cv-03766-AB (PDx) |
| Plaintiff, | Hon. Andre Birotte Jr (District Judge) |
| vs. | Hon. Patricia Donahue (Magistrate) |
| OneShot IP Holdings, Inc., a Nevada corporation; Limitless Performance Inc., a California corporation; Emblaze One Inc., a Nevada corporation; Jaspreet Mathur, an individual; and John DOES 1 - 50 | STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT |
| Defendants. | Complaint Served: May 7, 2021 |
| | First Amended Filed: July 31, 2020 |

Plaintiff Santo Remedio, LLC dba Dr. Juan's Santo Remedio, and Defendants OneShot IP Holdings, Inc., Limitless Performance Inc., Emblaze One Inc., and Jaspreet Mathur (collectively, "Defendants") hereby stipulate and request that the Court enter an order extending Defendants' time to file an answer or other responsive pleading by approximately three weeks.

Plaintiff filed the operative First Amended Complaint ("FAC") on July 30, 2021, with a summons for the additional parties following. The responsive pleading to the FAC was due by 15 days per the previous Stipulation entered [D.E. 19]. This is the second request for an order on extension and the third request overall, and good cause exists, as follows:

1. Some of the parties added to the case in the FAC are international entities that have not been served yet. Plaintiff states it has needed time to investigate parties that are trying to cover their tracks. Defendants state these additional parties will be the subject of indemnity claims by and between each other and Defendants.

2. Since the filing of the First Amended Complaint, over the last two weeks specifically, Plaintiff and Defendants have conferred through their counsel of record and are very close to reaching an early settlement. One issue in the settlement process is determining which of the additional defendants may remain in the case and which shall be released and/or dismissed as part of the settlement. Also a key issue is working out an IT protocol to make sure that the alleged claims do not arise again in the future, from any party. These very complex issues require more time to be detailed and documented as part of this process.

3. The parties do not wish to incur further fees in preparing responsive pleadings, cross-complaints, potential motions, or for court conferences at this time given how close the case is to settlement, and do not wish to cause the Court to use its time in considering motions that may be obviated by an early settlement.

4. Plaintiff and Defendants are therefore in agreement that Defendants' date to file an answer or other pleading responsive to the First Amended Complaint, be

extended by approximately three weeks, to **September 8, 2021**. The parties respectfully request that the Court so order.

IT IS SO STIPULATED.

| DATED: August 17, 2021 | /s/*Rob D. Cucher*                . |
| --- | --- |
| | Rob D. Cucher, Esq. |
| | Attorneys for OneShot IP Holdings, et al. |

| DATED: August 17, 2021 | /s/ *Karl S. Kronenberger*         . |
| --- | --- |
| | Karl S. Kronenberger, Esq. |
| | Attorneys for Santo Remedio, LLC |

ORDER Pursuant to stipulation, and for good cause shown, Defendants' deadline to respond to plaintiff's First Amended Complaint is extended to September 8, 2021, or _____.

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE